# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2675
_____

Kenneth L. Harris

*Plaintiff - Appellant*

v.

T. C. Outlaw, Warden, FCI- Forrest City

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: December 26, 2012
Filed: January 2, 2013
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Kenneth Harris appeals the district court's[1] order dismissing without prejudice his 28 U.S.C. § 2241 habeas application. Following careful review, we affirm for the reasons provided by the district court. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.